In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-04-090 CR


____________________



MELLANIE LOUISE LEONARD, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 284th District Court


Montgomery County, Texas


Trial Cause No. 03-05-03818 CR






MEMORANDUM OPINION (1)


 On March 24, 2005, we abated the appeal to the trial court. We received the
supplemental clerk's record on April 27, 2005. The appeal is hereby reinstated. On April
14, 2005, the trial court conducted a hearing to determine why the appellant's brief had
not been filed. See Tex. R. App. P. 38.8. The appellant personally appeared at the
hearing and expressed her desire to dismiss her appeal. Appellate counsel subsequently
filed a motion to dismiss the appeal.

 The Court finds the appellant has voluntarily abandoned the appeal. Our opinion
has not issued in this appeal, and the appellant stated in open court that she wishes to
withdraw her notice of appeal. Accordingly, the appeal is dismissed. 

 APPEAL DISMISSED. 

 PER CURIAM

Opinion Delivered May 11, 2005 

Do Not Publish

Before McKeithen, C.J., Gaultney and Horton, JJ.
1. Tex. R. App. P. 47.4.